

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00373-CV

| | | |
|---|---|---|
| IN THE GUARDIANSHIP OF SUPRENA LAW, AN INCAPACITATED PERSON | § | On Appeal from Probate Court No. 2 |
| | § | of Tarrant County (2005-0000619-2) |
| | § | June 12, 2025 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Audrelyn Law must pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach